**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**RUTH E. ROJAS TORRES,**

    **Plaintiff,**

**v.**                                                                   **Case No: 5:12-CV-531-Oc-18PRL**

**COMMISSIONER OF SOCIAL**
**SECURITY**

    **Defendant.**

## ORDER

This matter is before the Court on Defendant's Motion to Strike Plaintiff's Complaint (Doc. 11) filed January 30, 2013. Plaintiff has not filed a response and her time for doing so has passed.

On September 24, 2012, Plaintiff filed a *pro se* handwritten Complaint appealing the Commissioner's denial of her application for disability benefits. Plaintiff captioned the Complaint in her name, signed it, and provided her address and phone number. However, in the body of the Complaint, an individual who identifies himself as "Juan J. Munoz," refers to Plaintiff in the third person and states that she is appealing the decision because she disagrees with it. He further states that Plaintiff seeks reconsideration of the Commissioner's decision because she experiences pain, headaches, and nervousness. Mr. Munoz provides his contact information and a brief summary of the financial assistance he has provided Plaintiff.

Although the Commissioner concedes that Plaintiff exhausted her administrative remedies and timely filed her Complaint, he moves to strike the Complaint because Mr. Munoz is neither a party to this case, nor an attorney representing Plaintiff; thus, he may not participate

- 2 -

in litigating Plaintiff's claim before this Court. In federal courts, "parties may plead and conduct their own cases personally or by counsel." 28 U.S.C. §1654. The Middle District of Florida permits only licensed and admitted attorneys, as well as certain eligible law students, to appear as counsel in proceedings before it. *Hand v. Bibeault*, 400 Fed.App'x 526, 528 (11th Cir. Oct. 19, 2010)(citing Middle District Local Rules). **Thus, while Plaintiff may represent herself in these proceedings, or hire a licensed and admitted attorney, she cannot be represented by Mr. Munoz.**

Accordingly, Defendant's Motion (Doc. 11) is **GRANTED.** Plaintiff's Complaint (Doc. 1) is **STRICKEN**. Plaintiff shall file an amended complaint on or before **March 28, 2013** that complies with this Order. Failure to timely file an amended complaint could result in the dismissal of this action for failure to prosecute without further notice.

**DONE** and **ORDERED** in Ocala, Florida on March 8, 2013.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties