# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**RUTH E. ROJAS TORRES,**

    **Plaintiff,**

**v.**                                                      Case No:5:12-CV-531-Oc-18PRL

**COMMISSIONER OF SOCIAL SECURITY**

    **Defendant.**

## REPORT AND RECOMMENDATION

On March 8, 2013, the Court struck Plaintiff's complaint and directed Plaintiff to file an amended complaint by March 28, 2013. (Doc. 12). The undersigned admonished that "[f]ailure to timely file an amended complaint could result in the dismissal of this action for failure to prosecute without further notice."

Plaintiff has not filed an amended complaint nor has she requested additional time to do so. Accordingly, it is respectfully **RECOMMENDED** that this action should be **DISMISSED without prejudice** for failure to prosecute. *See* Local Rule 3.10.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Ocala, Florida on April 12, 2013.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy