**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

**RUTH E. ROJAS TORRES,**

     **Plaintiff,**

**v.**                                                      **Case No:5:12-CV-531-Oc-18PRL**

**COMMISSIONER OF SOCIAL
SECURITY**

     **Defendant.**

_____

## ORDER

On April 12, 2013, the undersigned entered a Report and Recommendation recommending dismissal because Plaintiff did not timely file an amended complaint. (Doc. 13). On April 19, 2013, Plaintiff filed a document entitled "Amended Complaint" (Doc. 14) which the Court construes as a motion for extension of time to file an amended complaint.  Plaintiff confirms that she wants to proceed with her case but that she needs additional time.  Plaintiff explains that she is representing herself and needs a translator to assist her because she cannot read or write in English.

Based on Plaintiff's representations, the undersigned **WITHDRAWS** the April 12, 2013 Report and Recommendation.  (Doc. 13).  Plaintiff shall file an amended complaint by **May 13, 2013**.  Plaintiff shall make every effort to meet this deadline because the Court will grant no further extensions absent extraordinary circumstances.

**DONE** and **ORDERED** in Ocala, Florida on April 23, 2013.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties