**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**RUTH E. ROJAS TORRES,**

    **Plaintiff,**

**v.**                                                      **Case No: 5:12-cv-531-Oc-18PRL**

**COMMISSIONER OF SOCIAL SECURITY**

    **Defendant.**

## ORDER

This matter is before the Court upon periodic review. Plaintiff, who is proceeding pro se, filed her Amended Complaint on May 6, 2013. (Doc. 16). On August 9, 2013, the Commissioner filed an answer to the Amended Complaint. (Doc. 18). Pursuant to the Court's Scheduling Order (Doc. 20), Plaintiff's memorandum in support of her position was due by October 11, 2013. Upon a review of the docket, it appears that Plaintiff's memorandum has not been filed. However, on August 18, 2013, Plaintiff filed a letter addressed to the United States District Court explaining details of her disability application and arguing why she should be considered disabled. (Doc. 21).

Accordingly, Plaintiff shall have until **December 16, 2014** within which to file her memorandum in support of her position, failing which her letter filed August 19, 2013 (Doc. 21) shall be construed as her memorandum. The Commissioner is directed to respond to Plaintiff's memorandum within (60) sixty days.

**DONE** and **ORDERED** in Ocala, Florida on December 2, 2013.

- 2 -

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties