# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**RUTH E. ROJAS TORRES,**

    Plaintiff,

v.                                                                                          Case No: 5:12-cv-531-Oc-PRL

**COMMISSIONER OF SOCIAL SECURITY**

    Defendant.

## ORDER

This case comes before the Court on periodic review. On December 3, 2013, having noted that the *pro se* Plaintiff had filed to file her memorandum of law in support of her position, the Court ordered that Plaintiff would have until December 16, 2013 within which to file her memorandum in support of his position, failing which this case may be dismissed without further notice for failure to prosecute. (Doc. 24).

Plaintiff has not filed her memorandum, and the time for doing so has long since passed. Accordingly, upon due consideration, this case is **DISMISSED WITHOUT PREJUDICE** pursuant to Local Rule 3.10(a). The Clerk is directed to enter judgment accordingly, and to close the file.

**DONE** and **ORDERED** in Ocala, Florida on January 6, 2014.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties